[Cite as *State ex rel. Dugger v. Strickland Saffold*, 2012-Ohio-2320.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 98134**

# STATE OF OHIO, EX REL., ALEXANDER DUGGER

RELATOR

vs.

# JUDGE SHIRLEY STRICKLAND SAFFOLD, ET AL.

RESPONDENTS

## JUDGMENT:
## WRIT DENIED

Writ of Mandamus
Motion No. 454169
Order No. 454920

**RELEASE DATE:**  May 23, 2012

**FOR RELATOR**

Alexander Dugger, pro se
Inmate No. 550-955
Lake Erie Correctional Institution
P.O. Box 8000
501 Thompson Rd.
Conneaut, Ohio    44030


**ATTORNEYS FOR RESPONDENTS**

William D. Mason
Cuyahoga County Prosecutor

By:      James E. Moss
Assistant County Prosecutor
8th Floor Justice Center
1200 Ontario Street
Cleveland, Ohio    44113

EILEEN A. GALLAGHER, J.:

**{¶1}** On March 22, 2012, the relator, Alexander Dugger, commenced this mandamus action against the respondents, Judge Shirley Strickland Saffold and Judge Nancy R. McDonnell, to compel them to rule on motions to dismiss and motions to adjudicate that Dugger claims he filed on June 2, 2011, and October 14, 2011, respectively, in the underlying cases, *State v. Dugger*, Cuyahoga C.P. Nos. CR-506065 and CR-506975. On April 13, 2012, the respondents filed a motion for summary judgment on the grounds of mootness. Attached to this motion were certified copies of two April 4, 2012 journal entries denying the October 14, 2011 motions to adjudicate in both cases and certified copies of two April 12, 2012 journal entries denying the June 2, 2011 motions to dismiss in both cases. Dugger never filed a response. The attached journal entries establish that Dugger has received his requested relief, rulings on the subject motions and that the judges have fulfilled their duty to rule on those motions. Therefore, this matter is moot.

**{¶2}** Accordingly, this court grants the respondents' motion for summary judgment. Each side to bear its own costs. This court directs the Clerk of the Eighth District Court of Appeals to serve upon the parties notice of this judgment and its date of entry upon the journal. Civ.R. 58(B).

**{¶3}** Writ denied.

_____
EILEEN A. GALLAGHER, JUDGE

KATHLEEN ANN KEOUGH, P.J., and
MARY EILEEN KILBANE, J., CONCUR